```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

DONALD E. GARDNER, III,          :
AIS #283161,                     :
    Plaintiff,                  :
                                 :
vs.                              :   CIVIL ACTION 14-184-KD-M
                                 :
SHERIFF MACK, *et al.*,          :
    Defendants.                 :
                                 :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants Mack, Johnson, Rowell, Robinson, Means and Scott's Motion for Summary Judgment be **GRANTED**, and that each claim asserted by Plaintiff against Defendants be **DISMISSED** with prejudice.

DONE this 6th day of January 2015.


                                          s/ Kristi K. DuBose
                                          KRISTI K. DuBOSE
                                          UNITED STATES DISTRICT JUDGE